# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Harrison Zuniga            CHAPTER 13

Debtor(s)

BKY. NO. 20-12180 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                        Respectfully submitted,
                                        **/s/ Rebecca A. Solarz Esquire**
                                        Rebecca A Solarz, Esquire
                                        Kevin G. McDonald, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322