# McKESSON

McKesson Medical-Surgical Inc.    9954 Mayland Drive Richmond, VA 23233
Harrison Zuniga    9 Yellow Rose Lane Easton, PA 18045

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Harrison Zuniga | McKesson Medical-Surgical Inc. | 274602 | 01/26/2020 | 02/08/2020 | 02/14/2020 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,455.19 | 228.54 | 416.35 | 1.25 | 1,809.05 |
| YTD | 11,463.54 | 883.53 | 2,148.82 | 3.75 | 8,427.44 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Actual Total Hours Worked | 01/26/2020 - 02/08/2020 | 106.51 | 0 | 0.00 | 0.00 |
| Flex PTO | | | 0 | | 30.75 |
| Holiday Py | | | 0 | | 328.00 |
| Overtime 1.5 - OVT | 01/26/2020 - 02/08/2020 | 26.51 | 30.75 | 815.19 | 3,704.79 |
| Regular Pay | 01/26/2020 - 02/08/2020 | 80 | 20.5 | 1,640.00 | 6,560.00 |
| Ret Bonus | | | 0 | | 840.00 |
| Earnings | | | | 2,455.19 | 11,463.54 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 145.66 | 688.89 |
| Medicare | 34.06 | 161.11 |
| Federal Withholding | 137.54 | 831.72 |
| State Tax - PA | 72.13 | 341.11 |
| SUI-Employee Paid - PA | 1.47 | 6.88 |
| City Tax - BTHLM | 23.49 | 111.11 |
| PA LST - BTHLM | 2.00 | 8.00 |
| Employee Taxes | 416.35 | 2,148.82 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental PPO - DENBPE | 11.50 | 34.50 |
| Health Spending Account - HSABEE | 4.17 | 12.51 |
| Medical PPO - MEDBPE | 88.50 | 300.50 |
| Pre-tax 401(k) | 122.76 | 531.19 |
| Vision - VISBEE | 1.61 | 4.83 |
| Pre Tax Deductions | 228.54 | 883.53 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Long Term Disability - LTDAEE | 1.25 | 3.75 |
| Post Tax Deductions | 1.25 | 3.75 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Core ADD&D Non Tax (ER) - ADDNER | 0.25 | 0.75 |
| Core LTD Non Taxable (ER) - LTDNER | 2.91 | 8.73 |
| Core Life Non Tax (ER) - LIFNER | 2.55 | 7.65 |
| Dental PPO Non Tax (ER) - DENNPR | 21.50 | 64.50 |
| Medical POS Non Tax (ER) - MEDNPR | 495.50 | 1,451.50 |
| STD Disability Non Tax (ER) - STDNER | 1.26 | 3.78 |
| Vision Non Taxable (ER) - VISNER | 3.28 | 9.84 |
| Employer Paid Benefits | 527.25 | 1,546.75 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,349.41 | 11,111.20 |
| Medicare - Taxable Wages | 2,349.41 | 11,111.20 |
| Federal Withholding - Taxable Wages | 2,226.65 | 10,580.01 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 3 | 0 |
| Additional Withholding | 0 | |

### Absence Plan

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Flex PTO Balance | 5.33 | 0 | 11.83 |
| Paid Time Off | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| JP Morgan Chase | | | | 1,809.05    USD |

# McKESSON

McKesson Medical-Surgical Inc.    9954 Mayland Drive Richmond, VA 23233
Harrison Zuniga    9 Yellow Rose Lane Easton, PA 18045

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Harrison Zuniga | McKesson Medical-Surgical Inc. | 274602 | 02/09/2020 | 02/22/2020 | 02/28/2020 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,732.25 | 207.40 | 488.90 | 1.25 | 2,034.70 |
| YTD | 14,195.79 | 1,090.93 | 2,637.72 | 5.00 | 10,462.14 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Actual Total Hours Worked | 02/09/2020 - 02/22/2020 | 115.52 | 0 | 0.00 | 0.00 |
| Flex PTO | | | 0 | | 30.75 |
| Holiday Py | | | 0 | | 328.00 |
| Overtime 1.5 - OVT | 02/09/2020 - 02/22/2020 | 35.52 | 30.75 | 1,092.25 | 4,797.04 |
| Regular Pay | 02/09/2020 - 02/22/2020 | 80 | 20.5 | 1,640.00 | 8,200.00 |
| Ret Bonus | | | 0 | | 840.00 |
| Earnings | | | | 2,732.25 | 14,195.79 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 165.02 | 853.91 |
| Medicare | 38.59 | 199.70 |
| Federal Withholding | 173.33 | 1,005.05 |
| State Tax - PA | 81.71 | 422.82 |
| SUI-Employee Paid - PA | 1.64 | 8.52 |
| City Tax - BTHLM | 26.61 | 137.72 |
| PA LST - BTHLM | 2.00 | 10.00 |
| Employee Taxes | 488.90 | 2,637.72 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental PPO - DENBPE | 11.50 | 46.00 |
| Health Spending Account - HSABEE | 4.17 | 16.68 |
| Medical PPO - MEDBPE | 53.50 | 354.00 |
| Pre-tax 401(k) | 136.62 | 667.81 |
| Vision - VISBEE | 1.61 | 6.44 |
| Pre Tax Deductions | 207.40 | 1,090.93 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Long Term Disability - LTDAEE | 1.25 | 5.00 |
| Post Tax Deductions | 1.25 | 5.00 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Core ADD&D Non Tax (ER) - ADDNER | 0.25 | 1.00 |
| Core LTD Non Taxable (ER) - LTDNER | 2.91 | 11.64 |
| Core Life Non Tax (ER) - LIFNER | 2.55 | 10.20 |
| Dental PPO Non Tax (ER) - DENNPR | 21.50 | 86.00 |
| Medical POS Non Tax (ER) - MEDNPR | 530.50 | 1,982.00 |
| STD Disability Non Tax (ER) - STDNER | 1.26 | 5.04 |
| Vision Non Taxable (ER) - VISNER | 3.28 | 13.12 |
| Employer Paid Benefits | 562.25 | 2,109.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,661.47 | 13,772.67 |
| Medicare - Taxable Wages | 2,661.47 | 13,772.67 |
| Federal Withholding - Taxable Wages | 2,524.85 | 13,104.86 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 3 | 0 |
| Additional Withholding | 0 | |

### Absence Plan

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Flex PTO Balance | 5.33 | 0 | 17.16 |
| Paid Time Off | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| JP Morgan Chase | | | | 2,034.70    USD |

# McKESSON

McKesson Medical-Surgical Inc.   9954 Mayland Drive Richmond, VA 23233
Harrison Zuniga   9 Yellow Rose Lane Easton, PA 18045

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Harrison Zuniga | McKesson Medical-Surgical Inc. | 274602 | 02/23/2020 | 03/07/2020 | 03/06/2020 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 10.56 | 0.00 | 5.56 | 5.00 | 0.00 |
| YTD | 14,206.35 | 1,090.93 | 2,643.28 | 10.00 | 10,462.14 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Flex PTO | | | 0 | | 30.75 | OASDI | 0.65 | 854.56 |
| Holiday Py | | | 0 | | 328.00 | Medicare | 0.16 | 199.86 |
| Overtime 1.5 - OVT | | | 0 | | 4,797.04 | Federal Withholding | 2.32 | 1,007.37 |
| Regular Pay | | | 0 | | 8,200.00 | State Tax - PA | 0.32 | 423.14 |
| Ret Bonus | | | 0 | | 840.00 | SUI-Employee Paid - PA | 0.00 | 8.52 |
| VPower Pts | 02/23/2020 - 03/07/2020 | 0 | 0 | 10.56 | 10.56 | City Tax - BTHLM | 0.11 | 137.83 |
| | | | | | | PA LST - BTHLM | 2.00 | 12.00 |
| Earnings | | | | 10.56 | 14,206.35 | Employee Taxes | 5.56 | 2,643.28 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental PPO - DENBPE | | 46.00 | Gross Up Offset - GRUOFF | 5.00 | 5.00 |
| Health Spending Account - HSABEE | | 16.68 | Long Term Disability - LTDAEE | | 5.00 |
| Medical PPO - MEDBPE | | 354.00 | | | |
| Pre-tax 401(k) | | 667.81 | | | |
| Vision - VISBEE | | 6.44 | | | |
| Pre Tax Deductions | 0.00 | 1,090.93 | Post Tax Deductions | 5.00 | 10.00 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Core ADD&D Non Tax (ER) - ADDNER | | 1.00 | OASDI - Taxable Wages | 10.56 | 13,783.23 |
| Core LTD Non Taxable (ER) - LTDNER | | 11.64 | Medicare - Taxable Wages | 10.56 | 13,783.23 |
| Core Life Non Tax (ER) - LIFNER | | 10.20 | Federal Withholding - Taxable Wages | 10.56 | 13,115.42 |
| Dental PPO Non Tax (ER) - DENNPR | | 86.00 | | | |
| Medical POS Non Tax (ER) - MEDNPR | | 1,982.00 | | | |
| STD Disability Non Tax (ER) - STDNER | | 5.04 | | | |
| Vision Non Taxable (ER) - VISNER | | 13.12 | | | |
| Employer Paid Benefits | 0.00 | 2,109.00 | | | |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | | Description | Accrued | Reduced | Available |
| Allowances | 3 | 0 | Flex PTO Balance | 5.33 | 0 | 22.5 |
| Additional Withholding | 0 | | Paid Time Off | 0 | 0 | 16 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| (Check) | | | | 0.00   USD |

# McKESSON

McKesson Medical-Surgical Inc.    9954 Mayland Drive Richmond, VA 23233
Harrison Zuniga    9 Yellow Rose Lane Easton, PA 18045

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Harrison Zuniga | McKesson Medical-Surgical Inc. | | 274602 | 02/23/2020 | 03/07/2020 | 03/13/2020 | |
| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | | 2,596.33 | 215.60 | 451.82 | 1.25 | | 1,927.66 |
| YTD | | 16,802.68 | 1,306.53 | 3,095.10 | 11.25 | | 12,389.80 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Actual Total Hours Worked | 02/23/2020 - 03/07/2020 | 111.1 | 0 | 0.00 | 0.00 | OASDI | 155.65 | 1,010.21 |
| Flex PTO | | | 0 | | 30.75 | Medicare | 36.40 | 236.26 |
| Holiday Py | | | 0 | | 328.00 | Federal Withholding | 156.03 | 1,163.40 |
| Overtime 1.5 - OVT | 02/23/2020 - 03/07/2020 | 31.1 | 30.75 | 956.33 | 5,753.37 | State Tax - PA | 77.07 | 500.21 |
| Regular Pay | 02/23/2020 - 03/07/2020 | 80 | 20.5 | 1,640.00 | 9,840.00 | SUI-Employee Paid - PA | 1.56 | 10.08 |
| Ret Bonus | | | 0 | | 840.00 | City Tax - BTHLM | 25.11 | 162.94 |
| VPower Pts | | | 0 | | 10.56 | PA LST - BTHLM | | 12.00 |
| Earnings | | | | 2,596.33 | 16,802.68 | Employee Taxes | 451.82 | 3,095.10 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental PPO - DENBPE | 11.50 | 57.50 | Gross Up Offset - GRUOFF | | 5.00 |
| Health Spending Account - HSABEE | 4.17 | 20.85 | Long Term Disability - LTDAEE | 1.25 | 6.25 |
| Medical PPO - MEDBPE | 68.50 | 422.50 | | | |
| Pre-tax 401(k) | 129.82 | 797.63 | | | |
| Vision - VISBEE | 1.61 | 8.05 | | | |
| Pre Tax Deductions | 215.60 | 1,306.53 | Post Tax Deductions | 1.25 | 11.25 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Core ADD&D Non Tax (ER) - ADDNER | 0.25 | 1.25 | OASDI - Taxable Wages | 2,510.55 | 16,293.78 |
| Core LTD Non Taxable (ER) - LTDNER | 2.91 | 14.55 | Medicare - Taxable Wages | 2,510.55 | 16,293.78 |
| Core Life Non Tax (ER) - LIFNER | 2.55 | 12.75 | Federal Withholding - Taxable Wages | 2,380.73 | 15,496.15 |
| Dental PPO Non Tax (ER) - DENNPR | 21.50 | 107.50 | | | |
| Medical POS Non Tax (ER) - MEDNPR | 515.50 | 2,497.50 | | | |
| STD Disability Non Tax (ER) - STDNER | 1.26 | 6.30 | | | |
| Vision Non Taxable (ER) - VISNER | 3.28 | 16.40 | | | |
| Employer Paid Benefits | 547.25 | 2,656.25 | | | |

| | Federal | State | Absence Plan | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | | Description | Accrued | Reduced | Available |
| Allowances | 3 | 0 | Flex PTO Balance | 5.33 | 0 | 22.5 |
| Additional Withholding | 0 | | Paid Time Off | 0 | 0 | 16 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| JP Morgan Chase | | | | 1,927.66    USD |