

Center Street Styling, LLC
2006 Center St
Northampton PA 18067

Pay Stub Detail
PAY DATE: 03/27/2020
NET PAY: $81.09

Fany Gomez
9 Yellow Rose Lane
Easton PA 18045

**EMPLOYER**
Center Street Styling, LLC
2006 Center St
Northampton PA 18067

**PAY PERIOD**
Period Beginning: 03/14/2020
Period Ending: 03/20/2020
Pay Date: 03/27/2020
Total Hours: 0.00

**EMPLOYEE**
Fany Gomez
9 Yellow Rose Lane
Easton PA 18045

NET PAY:        $81.09
Acct# ...4352   $81.09

MEMO:

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Commission | | | 92.40 | 2,953.00 | | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 112.90 |
| Social Security | 5.73 | 183.09 |
| Medicare | 1.34 | 42.82 |
| PA Income Tax | 2.84 | 90.66 |
| PA SUI Employee | 0.06 | 1.76 |
| Easton | 1.34 | 42.81 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $92.40 | $2,953.00 |
| Taxes | $11.31 | $474.04 |
| Deductions | $0.00 | $0.00 |
| Net Pay | $81.09 | |







Center Street Styling, LLC
2006 Center St
Northampton PA 18067

Pay Stub Detail
PAY DATE: 02/21/2020
NET PAY: $489.22

Fany Gomez
9 Yellow Rose Lane
Easton PA 18045

**EMPLOYER**
Center Street Styling, LLC
2006 Center St
Northampton PA 18067

**PAY PERIOD**
Period Beginning: 02/08/2020
Period Ending: 02/14/2020
Pay Date: 02/21/2020
Total Hours: 0.00

**EMPLOYEE**
Fany Gomez
9 Yellow Rose Lane
Easton PA 18045

**NET PAY:**
Acct#: 4352
$489.22
$489.22

MEMO:

| PAY | Hours | Rate | Current | YTD | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|
| Commission | - | - | 589.00 | 763.00 | | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 27.75 | 27.75 |
| Social Security | 36.52 | 47.31 |
| Medicare | 8.54 | 11.06 |
| PA Income Tax | 18.08 | 23.42 |
| PA SUI Employee | 0.35 | 0.45 |
| Easton | 8.54 | 11.06 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $589.00 | $763.00 |
| Taxes | $99.78 | $121.05 |
| Deductions | $0.00 | $0.00 |
| **Net Pay** | **$489.22** | |



KARENS KUTZ LLC
2006 CENTER ST
NORTHAMPTON PA 18067-1321

Pay Stub Detail
PAY DATE: 02/07/2020
NET PAY: $365.92

Fany Gomez
9 Yellow Rose Lane
Easton PA 18045

**EMPLOYER**
KARENS KUTZ LLC
2006 CENTER ST
NORTHAMPTON PA 18067-1321

**PAY PERIOD**
Period Beginning: 01/25/2020
Period Ending: 01/31/2020
Pay Date: 02/07/2020
Total Hours: 0.00

**EMPLOYEE**
Fany Gomez
9 Yellow Rose Lane
Easton PA 18045

NET PAY: $365.92
Acct# 4352: $365.92

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 55% | | | 428.00 | 2,460.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 11.65 | 63.05 |
| Social Security | 26.54 | 153.76 |
| Medicare | 6.21 | 35.96 |
| PA Income Tax | 13.14 | 76.13 |
| PA SUI Employee | 0.26 | 1.49 |
| Northampton | 4.28 | 24.80 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $428.00 | $2,460.00 |
| Taxes | $62.08 | $355.19 |
| Deductions | $0.00 | $0.00 |
| Net Pay | $365.92 | |

Powered by
Intuit Online Payroll