UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Harrison Zuniga<br><br><br><br>                Debtor | Chapter 13<br>Bankruptcy No.20-12180-PMM |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 4th day of August, 2020, by first class mail upon those listed below:

Harrison Zuniga
9 Yellow Rose Lane
Easton, PA  18045

**Electronically via CM/ECF System Only:**

ROBERT GLAZER ESQ
MCLAUGHLIN & GLAZER
26 N THIRD STREET
EASTON, PA  18042-3643

                                              */s/ Deborah A. Earnshaw*
                                              Deborah A. Earnshaw
                                              for
                                              Scott F. Waterman, Esquire
                                              Standing Chapter 13 Trustee