# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Harrison Zuniga<br>_Debtor_ | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>_Movant_<br>vs. | NO. 20-12180 PMM |
| Harrison Zuniga<br>_Debtor_ | |
| Fany Gomez<br>Eleutana Gomez<br>_Co-Debtors_ | 11 U.S.C. Sections 362 and 1301 |
| Scott F. Waterman, Esquire<br>_Trustee_ | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Certificate of No Response to Motion for Relief from Stay re: 9 Yellow Rose Lane, Easton, PA 18045, which was filed with the Court on or about December 10, 2020 (Document No. 25).

      Respectfully submitted,

      **/s/ Rebecca A. Solarz, Esquire**
      Rebecca A. Solarz, Esquire
      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322

December 14, 2020