**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Harrison Zuniga : **Chapter: 13**
    Debtor : Case No. 20-12180 PMM
: 

## CERTIFICATION OF SERVICE

I, Robert Glazer, Esq., hereby certify that service of the **First Amended Chapter 13 Plan** was made upon all interested parties, including any creditors listed on the Matrix, any creditor that filed for notice on Pacer, the Chapter 13 Trustee and the United States Trustee by either electronic filing, if available, or first class mail, postage prepaid on the date set forth below.

Respectfully submitted,

**McLaughlin & Glazer**

Date:  April 27, 2021     /S/ Robert Glazer_____
Robert Glazer, Esq.
Attorney for Debtor
Attorney ID No:  30234
26 N. Third Street
Easton, PA  18042
610-258-5609
610-258-4353 (fax)
usbcglazer@gmail.com