United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12180-pmm |
| Harrison Zuniga | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: May 27, 2021 | Form ID: 155 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harrison Zuniga, 9 Yellow Rose Lane, Easton, PA 18045-6125 |
| 14499230 | + | CF Medical LLC, 28 Liberty Street, New York, NY 10005-1400 |
| 14499231 | + | Fany Gomez, 9 Yellow Rose Lane, Easton, PA 18045-6125 |
| 14499232 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14499233 | + | Lehigh Valley Health Network, 1200 S. Cedar Crest Blvd., Allentown, PA 18103-6202 |
| 14499234 | + | Mr. Cooper, 8950 Cypress Water Blvd., Coppell, TX 75019-4620 |
| 14504994 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14501177 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14501804 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14499235 | | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 14499236 | + | Woodbridge Falls TCA, c/o David A Klein Real Estate, Ltd., 2200 W. Hamilton Street, Suite 204, Allentown, PA 18104-6329 |
| 14518862 | + | Woodridge Falls Townhouse Community Association, c/o David A. Klein Real Estate, Ltd., 2200 W Hamilton Street, Suite 204, Allentown, PA 18104-6329 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14499228 | + | Email/Text: bnc-capio@quantum3group.com | May 28 2021 02:10:00 | Asset Care, 2222 Texoma Parkway, Suite 180, Sherman, TX 75090-2484 |
| 14501984 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 28 2021 02:22:29 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14499229 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 28 2021 02:24:27 | Capital One Bank, USA N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14508356 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 28 2021 02:23:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14501729 | | Email/Text: bnc-quantum@quantum3group.com | May 28 2021 02:10:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 27, 2021 | Form ID: 155 | Total Noticed: 17 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| ROBERT GLAZER | on behalf of Debtor Harrison Zuniga usbcglazer@gmail.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Harrison Zuniga
       Debtor(s)

Chapter: 13

Bankruptcy No: 20−12180−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 27, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                  Patricia M. Mayer
                                                  Judge ,
                                                  United States Bankruptcy Court