Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 20-12180-PMM**

Harrison Zuniga  
9 Yellow Rose Lane  
Easton  PA    18045

Petition Filed Date: 04/30/2020  
341 Hearing Date: 06/02/2020  
Confirmation Date: 05/27/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/12/2020 | $388.00 | | 08/10/2020 | $388.00 | | 01/26/2021 | $1,940.00 | |
| 03/04/2021 | $388.00 | | 05/03/2021 | $388.00 | | 06/09/2021 | $388.00 | |

**Total Receipts for the Period:  $3,880.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $3,880.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  001 | Unsecured Creditors | $1,175.53 | $0.00 | $1,175.53 |
| 2 | SANTANDER CONSUMER USA<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP<br>»»  003 | Unsecured Creditors | $1,318.81 | $0.00 | $1,318.81 |
| 4 | NATIONSTAR MORTGAGE LLC<br>»»  004 | Mortgage Arrears | $15,045.47 | $0.00 | $15,045.47 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $553.16 | $0.00 | $553.16 |
| 6 | WOODRIDGE FALLS TOWNHOUSE COMMUNITY ASSOC<br>»»  006 | Priority Crediors | $2,918.07 | $0.00 | $2,918.07 |
| 0 | ROBERT GLAZER ESQ | Attorney Fees | $2,000.00 | $0.00 | $2,000.00 |

Chapter 13 Case No. 20-12180-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,880.00 | Current Monthly Payment: | $366.00 |
| Paid to Claims: | $0.00 | Arrearages: | $344.00 |
| Paid to Trustee: | $318.16 | Total Plan Base: | $22,158.00 |
| Funds on Hand: | $3,561.84 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.