## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Harrison Zuniga             : Chapter: 13
        Debtor                 :  Case No. 20-12180 PMM
                                   :

### CERTIFICATION OF NO RESPONSE

I, Robert Glazer, Esquire, counsel for Debtor, certify that I served a true and correct copy of the Debtor's **Notice to Parties in Interest of the filing of Application for Compensation** on all interested parties, including any creditors listed on the Matrix, any creditor that filed for notice on Pacer, the Chapter 13 Trustee and the United States Trustee by either electronic filing, if available, or first class mail, postage prepaid on June 11, 2021.

As of June 28, 2021. there has been no Answer, Objection or other responsive pleadings filed.

Date:   June 28, 2021                        /s/ Robert Glazer, Esquire____
                                                           Robert Glazer, Esq.
                                                           Attorney for Debtor
                                                           MCLAUGHLIN & GLAZER
                                                           26 N. Third Street
                                                           Easton, PA  18042
                                                           610-258-5609
                                                           610-258-4353 (fax)
                                                           usbcglazer@gmail.com