**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:  Harrison Zuniga** | **:  Chapter: 13** |
| **Debtor** | **:   Case No. 20-12180 PMM** |
| | **:** |

## PRAECIPE TO CONVERT

Kindly convert the within case to Chapter 7.

Dated:  June 22, 2022            */s/ Robet Glazer*
　　　　　　　　　　　　　　　　　Robert Glazer, Esquire
　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　26 N. Third Street
　　　　　　　　　　　　　　　　　Easton, PA  18042
　　　　　　　　　　　　　　　　　(610) 258-5609
　　　　　　　　　　　　　　　　　Fax:  610-258-4353

Dated:  June 22, 2022            */s/  Harrison Zuniga*
　　　　　　　　　　　　　　　　　　Harrison Zuniga, Debtor

IT IS SO ORDERED.

_____
　　　　　　J.