```
Asset Care
2222 Texoma Parkway
Suite 180
Sherman, TX 75090



Best Egg
2975 Regent Blvd.
Suite 100
Irving, TX 75063



Capital One Bank, USA N.A.
PO Box 71083
Charlotte, NC 28272-1083



Cash Time
350 N. Dysart Rd
Goodyear, AZ 85338



Cash1
5050 W. McDowell Rd
Phoenix, AZ 85035



CF Medical LLC
28 Liberty Street
New York, NY 10005



Credit One
6801 South Cimaron Rd
Las Vegas, NV 89113



Credit One
6801 South Cimaron Rd
Las Vegas, NV 89111-3000



Fany Gomez
9 Yellow Rose Lane
Easton, PA 18045
```

First Premier
601 South Minnesota Ave
Sioux Falls, SD 57104


Giggle Finance
3250 NE 1st Ave
Unit 305
Miami, FL 33137


Hayt, Hayt & Landau, LLC
Two Industrial Way West
Eatontown, NJ 07724-0500


Lehigh Valley Health Network
1200 S. Cedar Crest Blvd.
Allentown, PA 18103


Mr. Cooper
8950 Cypress Water Blvd.
Coppell, TX 75019


NetCredit
175 W. Jackson Blvd.
Suite 1000
Chicago, IL 60604


Ollo
PO Box 9222
Old Bethpage, NY 11804


Oportun
2 Circle Star Way
San Carlos, CA 94070


Opp Loans
One Prudential Plaza
130 E. Randolph St.
Suite 3400
Chicago, IL 60601

Santander Consumer USA
PO Box 660633
Dallas, TX 75266-0633

SeedFi
548 Market Street
PMB 33447
San Francisco, CA 94104

Speedy Cash
3615 N. Ridge Rd
Wichita, KS 67205

Sunbit
1040 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90024

Surge
PO Box 6812
Carol Stream, IL 60197

Upgrade
275 Battery St.
23rd Floor
San Francisco, CA 94111

Woodbridge Falls TCA
c/o David A Klein Real Estate, Ltd.
2200 W. Hamilton Street
Suite 204
Allentown, PA 18104