Certificate Number: 17572-PAE-DE-036897925

Bankruptcy Case Number: 20-12180



17572-PAE-DE-036897925

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 12, 2022, at 11:31 o'clock AM PDT, Harrison Zuniga completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 12, 2022    By:  /s/Kelly Faulks

Name:  Kelly Faulks

Title:  Counselor