United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12180-pmm |
| Harrison Zuniga | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 18, 2022 | Form ID: 318 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Harrison Zuniga, 9 Yellow Rose Lane, Easton, PA 18045-6125 |
| 14634755 | + | AJAX MORTGAGE LOAN TRUST 2021-G, MORTGAGE-BACKED S, c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053 Telephone 19053-6980 |
| 14499230 | + | CF Medical LLC, 28 Liberty Street, New York, NY 10005-1400 |
| 14703840 | + | Cash Time, 350 N. Dysart Rd, Goodyear, AZ 85338-1112 |
| 14703841 | + | Cash1, 5050 W. McDowell Rd, Phoenix, AZ 85035-3932 |
| 14499231 | + | Fany Gomez, 9 Yellow Rose Lane, Easton, PA 18045-6125 |
| 14703847 | + | Giggle Finance, 3250 NE 1st Ave, Unit 305, Miami, FL 33137-4295 |
| 14499232 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14499233 | + | Lehigh Valley Health Network, 1200 S. Cedar Crest Blvd., Allentown, PA 18103-6202 |
| 14703856 | + | SeedFi, 548 Market Street, PMB 33447, San Francisco, CA 94104-5401 |
| 14703858 | + | Sunbit, 1040 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017 |
| 14499236 | #+ | Woodbridge Falls TCA, c/o David A Klein Real Estate, Ltd., 2200 W. Hamilton Street, Suite 204, Allentown, PA 18104-6329 |
| 14518862 | #+ | Woodridge Falls Townhouse Community Association, c/o David A. Klein Real Estate, Ltd., 2200 W Hamilton Street, Suite 204, Allentown, PA 18104-6329 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Oct 19 2022 04:08:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 19 2022 00:02:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 19 2022 00:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14499228 | + | EDI: CAPIO.COM | Oct 19 2022 04:08:00 | Asset Care, 2222 Texoma Parkway, Suite 180, Sherman, TX 75090-2484 |
| 14703838 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Oct 19 2022 00:17:31 | Best Egg, 2975 Regent Blvd., Suite 100, Irving, TX 75063-3157 |
| 14703859 | | Email/Text: cfcbackoffice@contfinco.com | Oct 19 2022 00:02:00 | Surge, PO Box 6812, Carol Stream, IL 60197 |
| 14501984 | + | EDI: AIS.COM | Oct 19 2022 04:08:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14499229 | | EDI: CAPITALONE.COM | Oct 19 2022 04:08:00 | Capital One Bank, USA N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14703843 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 19 2022 00:17:37 | Credit One, 6801 South Cimaron Rd, Las Vegas, NV 89113-2273 |
| 14703846 | + | EDI: AMINFOFP.COM | Oct 19 2022 04:08:00 | First Premier, 601 South Minnesota Ave, Sioux |

Case 20-12180-pmm  Doc 94  Filed 10/20/22  Entered 10/21/22 00:31:40  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: 318 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | | Falls, SD 57104-4824 |
| 14499234 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 19 2022 00:02:00 | Mr. Cooper, 8950 Cypress Water Blvd., Coppell, TX 75019-4620 |
| 14504994 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 19 2022 00:02:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14703851 | + | Email/Text: netcreditbnc@enova.com | Oct 19 2022 00:02:13 | NetCredit, 175 W. Jackson Blvd., Suite 1000, Chicago, IL 60604-2863 |
| 14703853 | | Email/Text: bankruptcy@oportun.com | Oct 19 2022 00:02:00 | Oportun, 2 Circle Star Way, San Carlos, CA 94070 |
| 14703852 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 19 2022 00:17:37 | Ollo, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 14703854 | + | Email/Text: opportunitynotices@gmail.com | Oct 19 2022 00:02:00 | Opp Loans, One Prudential Plaza, 130 E. Randolph St., Suite 3400, Chicago, IL 60601-6379 |
| 14508356 | | EDI: PRA.COM | Oct 19 2022 04:08:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14501729 | | EDI: Q3G.COM | Oct 19 2022 04:08:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14501804 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 19 2022 00:02:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14499235 | | Email/Text: enotifications@santanderconsumerusa.com | Oct 19 2022 00:02:00 | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 14703856 | + | Email/Text: legal@seedfi.com | Oct 19 2022 00:02:00 | SeedFi, 548 Market Street, PMB 33447, San Francisco, CA 94104-5401 |
| 14703857 | + | Email/Text: bankruptcy@speedyinc.com | Oct 19 2022 00:02:00 | Speedy Cash, 3615 N. Ridge Rd, Wichita, KS 67205-1214 |
| 14703860 | | Email/Text: bknotice@upgrade.com | Oct 19 2022 00:02:00 | Upgrade, 275 Battery St., 23rd Floor, San Francisco, CA 94111 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14703837 | *+ | Asset Care, 2222 Texoma Parkway, Suite 180, Sherman, TX 75090-2484 |
| 14703842 | *+ | CF Medical LLC, 28 Liberty Street, New York, NY 10005-1400 |
| 14703839 | * | Capital One Bank, USA N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14703844 | *+ | Credit One, 6801 South Cimaron Rd, Las Vegas, NV 89113-2273 |
| 14703845 | *+ | Fany Gomez, 9 Yellow Rose Lane, Easton, PA 18045-6125 |
| 14703848 | *+ | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 14703849 | *+ | Lehigh Valley Health Network, 1200 S. Cedar Crest Blvd., Allentown, PA 18103-6202 |
| 14703850 | *+ | Mr. Cooper, 8950 Cypress Water Blvd., Coppell, TX 75019-4620 |
| 14703855 | * | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 14703861 | *+ | Woodbridge Falls TCA, c/o David A Klein Real Estate, Ltd., 2200 W. Hamilton Street, Suite 204, Allentown, PA 18104-6329 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Oct 18, 2022 | Form ID: 318 | Total Noticed: 35

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| HARRY B. REESE | on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G  MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor AJAX MORTGAGE LOAN TRUST 2021-G  MORTGAGE-BACKED SECURITIES, SERIES 2021-G, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@powerskirn.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| ROBERT GLAZER | on behalf of Debtor Harrison Zuniga usbcglazer@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 7

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Harrison Zuniga <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–4643 <br> EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 20–12180–pmm | |

# Order of Discharge                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Harrison Zuniga

10/18/22                                                                     **By the court:** Patricia M. Mayer
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**